1 | Bryan Wilson (SBN 138842)
  | BWilson@mofo.com
2 | Grace Y. Park (CA SBN 239928)
  | Gracepark@mofo.com
3 | MORRISON & FOERSTER, LLP
  | 755 Page Mill Rd.
4 | Palo Alto, CA 94304-1018
  | Tel: (650) 813-5600\
5 | Fax: (650) 494-0792

6 | Sherman W. Kahn (CA SBN 168924)
  | SKahn@mofo.com
7 | MORRISON & FOERSTER, LLP
  | 1290 Avenue of the Americas
8 | New York, NY 10104-0050, U.S.A.
  | Tel: (212) 468-8000
9 | Fax (212) 468-7900

10

11 | Attorneys for Applicant
   | Mirana Mei Lan Kwong
12

13

14                    UNITED STATES DISTRICT COURT
15                    NORTHERN DISTRICT OF CALIFORNIA
16                    SAN JOSE DIVISION
17

18 | IN RE APPLICATION PURSUANT TO 28        Case No. MISC CV08-80142 JF (RS)
   | U.S.C. §1782 OF KWONG MEI LAN
19 | MIRANA,
                                             **SUBSTITUTION OF ATTORNEYS AND**
20 |                Applicant,                **[PROPOSED] ORDER**
   |        v.
21
   | BATTERY TAI-SHING CORP., 100 BUSH
22 | CORP., 300 PROSPECT PROPERTIES, INC.,
   | ALMADEN PLAZA PROPERTIES, LLC,
23 | BROTHERS INTERNATIONAL HOLDING
   | CORP., BROTHERS INTERNATIONAL
24 | CORP., EDGEWATER HOLDINGS CORP.,
   | DRAGON CAPITAL CORP., SNAKE
25 | CAPITAL CORP., JANE WAI-PO KWAN
   | REVOCABLE TRUST,
26
   |                Respondents.
27

28

---

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER
Case No. MISC CV08-80142 JF (RS)

TO THE CLERK OF THE COURT AND ALL COUNSEL:

Notice is hereby given that Applicant Mirana Mei Lan Kwong substitutes Calvo & Clark, LLP as her attorney of record in place of Morrison & Foerster, LLP. The address and telephone number of Calvo & Clark, to which all further notices, pleadings, orders, and correspondence should be sent, are:

Kathleen V. Fisher (SBN 70838)
kfisher@calvoclark.com
William N. Hebert (SBN 136099)
whebert@calvoclark.com
CALVO & CLARK LLP
One Lombard Street, Second Floor
San Francisco, CA 94111
Tel: (415) 374-8370
Fax: (415) 374-8373

I consent to this substitution on behalf of Morrison & Foerster, LLP.

DATED: August 13, 2008

                                     MORRISON & FOERSTER, LLP

                                     BY: /s/
                                       Sherman W. Kahn
                                       Bryan Wilson
                                       Grace Y. Park

                                       Attorneys for Applicant
                                       Mirana Mei Lan Kwong

I accept and consent to substitute Calvo & Clark, LLP as Applicant Mirana Mei Lan Kwong's counsel of record in this matter:

DATED: August 13, 2008

                                     CALVO & CLARK LLP

                                     BY: /s/
                                     William N. Hebert, SBN 136099

                                     Attorneys for Applicant
                                     Mirana Mei Lan Kwong

I requested and hereby consent to this substitution of attorney.

DATED: August 12th, 2008

APPLICANT

BY: _____
Mirana Mei Lan Kwong

The Court, having read and considered the above substitution, IT IS SO ORDERED.

DATED: August ___, 2008

BY:_____
United States District Court Judge

---

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER
Case No. MISC CV08-80142 JF (RS)

2