Bryan Wilson (SBN 138842)
BWilson@mofo.com
Grace Y. Park (CA SBN 239928)
Gracepark@mofo.com
MORRISON & FOERSTER, LLP
755 Page Mill Rd.
Palo Alto, CA 94304-1018
Tel: (650) 813-5600\
Fax: (650) 494-0792

Sherman W. Kahn (CA SBN 168924)
SKahn@mofo.com
MORRISON & FOERSTER, LLP
1290 Avenue of the Americas
New York, NY 10104-0050, U.S.A.
Tel: (212) 468-8000
Fax (212) 468-7900

Attorneys for Applicant
Mirana Mei Lan Kwong

*E-FILED 8/28/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLICATION PURSUANT TO 28 U.S.C. §1782 OF KWONG MEI LAN MIRANA,<br><br>          Applicant,<br>     v.<br><br>BATTERY TAI-SHING CORP., 100 BUSH CORP., 300 PROSPECT PROPERTIES, INC., ALMADEN PLAZA PROPERTIES, LLC, BROTHERS INTERNATIONAL HOLDING CORP., BROTHERS INTERNATIONAL CORP., EDGEWATER HOLDINGS CORP., DRAGON CAPITAL CORP., SNAKE CAPITAL CORP., JANE WAI-PO KWAN REVOCABLE TRUST,<br><br>          Respondents. | Case No. MISC CV08-80142 JF (RS)<br><br>**SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER** |

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER
Case No. MISC CV08-80142 JF (RS)

TO THE CLERK OF THE COURT AND ALL COUNSEL:

Notice is hereby given that Applicant Mirana Mei Lan Kwong substitutes Calvo & Clark, LLP as her attorney of record in place of Morrison & Foerster, LLP. The address and telephone number of Calvo & Clark, to which all further notices, pleadings, orders, and correspondence should be sent, are:

Kathleen V. Fisher (SBN 70838)
kfisher@calvoclark.com
William N. Hebert (SBN 136099)
whebert@calvoclark.com
CALVO & CLARK LLP
One Lombard Street, Second Floor
San Francisco, CA 94111
Tel: (415) 374-8370
Fax: (415) 374-8373

I consent to this substitution on behalf of Morrison & Foerster, LLP.

DATED: August 13, 2008

                              MORRISON & FOERSTER, LLP

                              BY: _____
                                  Sherman W. Kahn
                                  Bryan Wilson
                                  Grace Y. Park

                                  Attorneys for Applicant
                                  Mirana Mei Lan Kwong

I accept and consent to substitute Calvo & Clark, LLP as Applicant Mirana Mei Lan Kwong's counsel of record in this matter:

DATED: August 13, 2008

                              CALVO & CLARK LLP

                              BY: _____
                                  William N. Hebert, SBN 136099

                                  Attorneys for Applicant
                                  Mirana Mei Lan Kwong

1 | I requested and hereby consent to this substitution of attorney.

2 | DATED: August 12th, 2008

3 |

4 |                                         APPLICANT

5 |

6 |                                         BY: _____
                                                 Mirana Mei Lan Kwong

7 |

8 | The Court, having read and considered the above substitution, IT IS SO ORDERED.

9 |

10 | DATED: August 28, 2008

11 |

12 |

13 |                                        BY: _____
                                                United States District Court Judge

14 |

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER
Case No. MISC CV08-80142 JF (RS)

2