Kathleen V. Fisher (SBN 70838)
William N. Hebert (SBN 136099)
CALVO & CLARK LLP
One Lombard Street, Second Floor
San Francisco, CA 94111
whebert@calvoclark.com
Tel: (415) 374-8370
Fax: (415) 374-8373

Attorneys for Applicant
Mirana Mei Lan Kwong

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION PURSUANT TO 28 U.S.C. §1782 OF KWONG MEI LAN MIRANA,<br><br>　　　　　　　Applicant,<br><br>　　v.<br><br>BATTERY TAI-SHING CORP., 100 BUSH CORP., 300 PROSPECT PROPERTIES, INC., ALMADEN PLAZA PROPERTIES, LLC, BROTHERS INTERNATIONAL HOLDING CORP., BROTHERS INTERNATIONAL CORP., EDGEWATER HOLDINGS CORP., DRAGON CAPITAL CORP., SNAKE CAPITAL CORP., JANE WAI-PO KWAN REVOCABLE TRUST,<br><br>　　　　　　　Respondents. | Case No. MISC CV08-80142 JF (RS)<br><br>**NOTICE OF APPEARANCE** |

Attorney Seung Lee, from Calvo & Clark, LLP, hereby enters appearance as counsel for Applicant Mirana Mei Lan Kwong in the above captioned case.

Dated: August 29, 2008

　　　　　　　　　　　　　　　　　　　　　CALVO & CLARK, LLP

　　　　　　　　　　　　　　　　　　　　　By: _/s/ Seung Lee_
　　　　　　　　　　　　　　　　　　　　　　　　Seung Lee