```
Kathleen V. Fisher (SBN 70838)
William N. Hebert (SBN 136099)
CALVO & CLARK LLP
One Lombard Street, Second Floor
San Francisco, CA 94111
whebert@calvoclark.com
Tel: (415) 374-8370
Fax: (415) 374-8373


Attorneys for Applicant
Mirana Mei Lan Kwong
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION PURSUANT TO 28 U.S.C. §1782 OF KWONG MEI LAN MIRANA,<br><br>Applicant,<br><br>v.<br><br>BATTERY TAI-SHING CORP., 100 BUSH CORP., 300 PROSPECT PROPERTIES, INC., ALMADEN PLAZA PROPERTIES, LLC, BROTHERS INTERNATIONAL HOLDING CORP., BROTHERS INTERNATIONAL CORP., EDGEWATER HOLDINGS CORP., DRAGON CAPITAL CORP., SNAKE CAPITAL CORP., JANE WAI-PO KWAN REVOCABLE TRUST,<br><br>Respondents. | Case No. MISC CV08-80142 JF (RS)<br><br>**NOTICE OF APPEARANCE** |

Attorney Kathleen Fisher, from Calvo & Clark, LLP, hereby enters appearance as counsel for Applicant Mirana Mei Lan Kwong in the above captioned case.

Dated: September 4, 2008

CALVO & CLARK, LLP

By: _____
    Kathleen Fisher