1  Kathleen V. Fisher (SBN 70838)
   kfisher@calvoclark.com
2  William N. Hebert (SBN 136099)
   whebert@calvoclark.com
3  Seung Lee (SBN 224273)
   slee@calvoclark.com
4  CALVO & CLARK LLP
   One Lombard Street, Second Floor
5  San Francisco, CA 94111
   Tel: (415) 374-8370
6  Fax: (415) 374-8373

7

8  Attorneys for Applicant
   Mirana Mei Lan Kwong

9

10

11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14

15  IN RE APPLICATION PURSUANT TO 28        Case No. MISC CV-08-80142 JF (RS)
    U.S.C. §1782 OF KWONG MEI LAN
16  MIRANA,

17                    Applicant,
                                             AMENDED [PROPOSED] ORDER RE
18        v.                                 APPLICATION TO TAKE DISCOVERY
                                             PURSUANT TO 28 U.S.C. § 1782
19  BATTERY TAI-SHING CORP., 100 BUSH
    CORP., 300 PROSPECT PROPERTIES, INC.,
20  ALMADEN PLAZA PROPERTIES, LLC,
    BROTHERS INTERNATIONAL HOLDING
21  CORP., BROTHERS INTERNATIONAL
    CORP., EDGEWATER HOLDINGS CORP.,
22  DRAGON CAPITAL CORP., SNAKE
    CAPITAL CORP., JANE WAI-PO KWAN
23  REVOCABLE TRUST,

24                    Respondents.

Upon consideration of Mei Lan Mirana Kwong's Application for Order to Take Discovery Pursuant to 28 U.S.C. § 1782 and the supporting declaration, and it appearing that the requirements of 28 U.S.C. § 1782 have been satisfied, it is, therefore:

ORDERED, that the application is granted; and it is

FURTHER ORDERED, that Ms. Kwong is authorized pursuant to 28 U.S.C. § 1782 to take discovery relating to issues identified in her application from the following:

(1)  Battery Tai-Shing Corp.,

(2)  100 Bush Corp.,

(3)  300 Prospect Properties, Inc.,

(4)  Almaden Plaza Shopping Center Inc.,

(5)  Almaden Properties LLC,

(6)  Brothers International Holdings Corp.,

(7)  Brothers International Corp.,

(8)  Edgewater Holdings Corp.,

(9)  Dragon Capital Corp.,

(10) Snake Capital Corp., and

(11) Jane Wai-Po Kwan Revocable Trust

The discovery shall include authorizing Ms. Kwong to issue to each of the Respondents pursuant to Fed. R. Civ. P. 45:

(1)  a subpoena for the deposition of a corporate or trust representative and production of documents in the form attached to the amended order as Exhibits 1-11, compelling Respondents to produce documents within 30 days following the service of the subpoena;

(2)  subpoenas for the production of additional documents and the taking of additional

depositions as Ms. Kwong may reasonably deem appropriate based upon review of documents produced and depositions given by Respondents; and

(3)  appointing counsel of record, Calvo & Clark, LLP (including Kathleen V. Fisher, William N. Hebert, and Seung Lee) to issue, sign and serve such subpoenas upon Respondents pursuant to Fed. R. Civ. P. 45 in this matter.

FURTHER ORDERED, that Respondents are directed to comply with such subpoenas in accordance with, and subject to their rights under, the Federal Rules of Civil Procedure and the Rules of this Court; and it is

FURTHER ORDERED, that Ms. Kwong shall deliver copies of this order and any subpoena issued pursuant to this order to the civil proceedings pending in Hong Kong.

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE