**\*E-FILED 9/19/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KWONG MEI LAN MIRANA,<br><br>    Applicant,<br>  v.<br><br>BATTERY TAI-SHING CORP., et al.,<br><br>    Respondents.<br>_____/ | NO. C 08-80142 MISC. JF (RS)<br><br>**ORDER GRANTING APPLICATION FOR ISSUANCE OF SUBPOENAS UNDER 28 U.S.C. § 1782** |

In connection with divorce litigation now pending before the District Court of Hong Kong SAR, Matrimonial Cases No. 6100 of 2006, before the Court is the application of Kwong Mei Lan Mirana for an order under 28 U.S.C. § 1782 permitting her to serve subpoenas directing respondents to produce documents, to produce corporate representatives, and to appoint counsels Kathleen V. Fisher, William N. Hebert, and Seung Lee to issue, sign, and serve such subpoenas upon respondents. Good cause appearing, it is hereby ordered that:

(1) Kwong may serve subpoenas in substantially the same form attached as Exhibits 1-11 to her application. The subpoenas shall specify the date for production of documents not less than 45 days after service.

(2) Fisher, Hebert, and Lee may issue, sign, and serve such subpoenas upon respondents.

(3) A copy of this order shall be served with the subpoena.

1

(4) This order is without prejudice to the rights of any person to seek a protective order, or to quash or modify the subpoena under Rule 45 of the Federal Rules of Civil Procedure. Any motion seeking such relief shall be filed under this case number, and shall be noticed for hearing before the undersigned in conformance with the Civil Local Rules.

IT IS SO ORDERED.

Dated: September 19, 2008

RICHARD SEEBORG
United States Magistrate Judge

ORDER GRANTING APPLICATION FOR ISSUANCE OF SUBPOENAS UNDER 28 U.S.C. § 1782
C 08-80142 MISC. JF (RS)

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Kathleen V. Fisher    kfisher@calvoclark.com, sf-receptionist@calvoclark.com

Seung Lee    slee@calvoclark.com, lthornton@calvoclark.com, sf-receptionist@calvoclark.com

William N. Hebert    whebert@calvoclark.com, cheryluntalan@calvoclark.com, SF-Receptionist@calvoclark.com, swilson@calvoclark.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 9/19/08**                                                                 **Richard W. Wieking, Clerk**

                                                                                                **By:    Chambers**

ORDER GRANTING APPLICATION FOR ISSUANCE OF SUBPOENAS UNDER 28 U.S.C. § 1782
C 08-80142 MISC. JF (RS)

3