```
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802
```

1  Nicole M. Norris (SBN: 222785)
   WINSTON & STRAWN LLP
2  101 California Street
   San Francisco, CA 94111-5802
3  Telephone:    (415) 591-1000
   Facsimile:    (415) 591-1400
4  Email: nnorris@winston.com

5  Attorney for Respondents
   BATTERY TAI-SHING CORP., 100 BUSH CORP.,
6  300 PROSPECT PROPERTIES, INC.,
   ALMADEN PLAZA PROPERTIES, LLC,
7  BROTHERS INTERNATIONAL HOLDINGS CORP.,
   EDGEWATER HOLDINGS, CORP., DRAGON CAPTIAL CORP.,
8  SNAKE CAPITAL CORP., AND
   JANE WAI-PO KWAN REVOCABLE TRUST

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE BRANCH

| | |
|---|---|
| In re Application Pursuant to 28 U.S.C. § 1782 of Kwong Mei Lan Mirana,<br><br>    Applicant,<br><br>vs.<br><br>Battery Tai-Shing Corp., 100 Bush Corp., 300 Prospect Properties, Inc., Almaden Plaza Properties, LLC, Brothers International Holdings Corp., Edgewater Holdings, Corp., Dragon Capital Corp., Snake Capital Corp., and Jane Wai-Po Kwan Revocable Trust,<br><br>    Respondents. | **Case No. MISC CV08-80142 JF (RS)**<br><br>**DECLARATION OF NICOLE M. NORRIS IN SUPPORT OF RESPONDENTS' OPPOSITION TO NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY IN COMPLAINCE WITH SUBPOENAS AND CROSS-MOTION TO QUASH**<br><br>Date:  January 21, 2008<br>Time:  9:30 a.m.<br>Place: Rm. 4, 5th Floor |

---

Declaration of Nicole M. Norris in support of Respondents' Opposition to Motion to Compel Production of Documents and Testimony and Cross-Motion to Quash – Case No. MISC CV08-80142 JF (RS)

SF:227561.1

I, Nicole M. Norris, declare:

1. I am an attorney at law, duly licensed to practice law in California and before this Court. I am an associate with the law firm of Winston & Strawn LLP, counsel of record for Battery Tai-Shing Corp., 100 Bush Corp., 300 Prospect Properties, Inc., Almaden Plaza Properties, LLC, Brothers International Holdings Corp., Edgewater Holdings, Corp., Dragon Capital Corp., Snake Capital Corp., and Jane Wai-Po Kwan Revocable Trust ("Respondents"), and am authorized to make this declaration in that capacity.

2. Attached hereto as Exhibit A is what I am informed and believe to be a true and correct copy of the October 13, 2008 Decision entered by Deputy District Judge K.W. Wong (the "Decision") in the Hong Kong divorce proceeding ("Divorce Proceeding") between Applicant Kwong Mei Lan Mirana and Joshua Kwan.

3. Attached hereto as Exhibit B is what I am informed and believe to be a true and correct copy of the 5th Affidavit of Joshua Kwan submitted in the Divorce Proceedings on November 26, 2008.

4. Attached hereto as Exhibit C is what I am informed and believe to be a true and correct copy of the objections served in response to the subpoena Applicant attempted service on Brothers International Holdings Corporation.

5. Attached hereto as Exhibit D is what I am informed and believe to be a true and correct copy of the objections served in response to the subpoena Applicant attempted service on Jane Wai-Po Kwan Revocable Trust.

6. Respondents were previously represented in connection with this matter by other counsel. I am informed and believe that on or about October 23, 2008, former counsel for Respondents met and conferred with Applicant's counsel regarding the scope of the subpoenas Applicant attempted service on Respondents. I am also informed and believe that at that meet and confer, the parties discussed the possibility of producing only limited documents related to Joshua Kwan's salary and income earned from his work as Director and/or Officer of any Respondent, and his ownership interest, if any, in Respondents. I am also informed and believe that counsel did not

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1

reach any definitive agreement on what would or would not be produced, but were in fact, still considering the options discussed at the meet and confer. Attached hereto as Exhibit E is what I am informed and believe to be a true and correct copy of the October 31, 2008 correspondence from William Hebert to Robert L. Ebe, former counsel for Respondents, confirming Applicant's counsel's positions with respect to the scope of the subpoenas that were discussed at the meet and confer.

7. Attached hereto as Exhibit F are true and correct copies of the Proofs of Service provided to me by Applicant's counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California this 31st day of December, 2008.

/s/ Nicole M. Norris
Nicole M. Norris

**Winston & Strawn LLP**
101 California Street
San Francisco, CA 94111-5802

2

Declaration of Nicole M. Norris in support of Respondents' Opposition to Motion to Compel Production of Documents and Testimony and Cross-Motion to Quash – Case No. MISC CV08-80142 JF (RS)

SF:227561.1